F. L. & P. INVESTMENT COMPANY, A CORPORATION, RE-
LATOR, v. THOMAS J. DOWLING, INSPECTOR OF BUILD-
INGS OF THE CITY OF ORANGE, RESPONDENT.

Submitted May 14, 1926—Decided September 30, 1926.

### Zoning—Stores in Single-Family Territory—Case Within Ignaciunas v. Risley and Krumgold v. Jersey City—Peremptory Writ Awarded.

On rule to show cause for a *mandamus.*

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Daniel J. Brennan.*

For the respondent, *William A. Calhoun.*

PER CURIAM.

This is a zoning ordinance case. The relator wishes to erect several stores on his property on the northwest corner of Scotland road and Argyle avenue, in the city of Orange, and a building permit was denied on the sole ground that the locality is zoned by the ordinance exclusively for single-family dwellings.

Relator relies on *Ignaciunas* v. *Risley,* 98 *N. J. L.* 712, and in reply it is urged that that case is not controlling for two reasons—*first,* that another statute now applied, viz., chapter 146 of the laws of 1924 (*Pamph. L., p.* 324) ; *secondly,* that the character of building now desired is different from that considered in the Ignaciunas case.

We are unable to perceive any substantial difference in the character of building which should lead us to a different determination, and so far as relates to the act of 1924, the case of *Krumgold* v. *Jersey City,* 3 *N. J. Adv. R.* 1546 ; 130 *Atl. Rep.* 635, cited for respondent, seems to us in point as requiring that the present rule should be made absolute.

A peremptory writ is therefore awarded.